# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

ZACHARY QUEZADA

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER:  06-7048M

**THE DEFENDANT:**
Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 42 2 191 | No operator's license | 5/5/2006 | 1 |

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | 35.00  (10.00 + 25.00 proc fee) | $290.00 |

$325.00

July 5, 2006
--------------------------------
Date of Imposition of Judgment

s/Craig B. Shaffer
--------------------------------
Signature of Judicial Officer

Craig B. Shaffer
U.S. Magistrate Judge
--------------------------------
Name & Title of Judicial Officer

July 24, 2006
--------------------------------
Date